United States District Court

Western District of Texas

Del Rio

**Deficiency Notice**

| | |
|---|---|
| To: | Bennett, Mark William |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, September 20, 2022 |
| Re: | 02:22-CR-02060-AM / Doc # 16 / Filed On: 09/20/2022 02:09 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The proposed order, attached to the motion, does not contain a signature line for the corresponding Judge. Below the signature line must include Judge's tile and full name. Therefore this motion will not be forwarded to judge for consideration and will be terminated. Please correct and refile as needed.